# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JONATHAN SLAUGHTER ) | |
| ) | |
| Defendant, ) | CASE NO. 2:16-mc-3741-MHT-SRW |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| LANDSCAPE WORKSHOP ) | |
| ) | |
| Garnishee. ) | |

## **RECOMMENDATION**

On May 6, 2016, the above-styled matter was referred to the undersigned by United States District Judge Myron H. Thompson for consideration and disposition or recommendation on all pretrial matters as may be appropriate. (Doc. # 7); see also 28 U.S.C. § 636(b); Rule 72, Fed. R. Civ. P.; United States v. Raddatz, 447 U.S. 667 (1980); Jeffrey S. v. State Board of Education of State of Georgia, 896 F.2d 507 (11th Cir. 1990).

This case is before the court for consideration of the United States' motion to dismiss writ of garnishment issued against Landscape Workshop (Doc. 4). The United States represents in its motion to dismiss that the debtor no longer works at Landscape Workshop. (Id.) Self-evidently, earnings cannot be garnished from a garnishee that does

not pay defendant any wages. Accordingly, it is the recommendation of the undersigned that the motion is due to be GRANTED.

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve a copy on the parties. The parties may file objections to this Recommendation on or before June 7, 2016. Any such objections must identify the specific factual findings and legal conclusions in the Magistrate Judge's Recommendation to which the party objects. The District Judge will not consider frivolous, conclusory, or general objections.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Judge of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; see Dupree v. Warden, 715 F.3d 1295 (11th Cir. 2013).

DONE, on this the 24th day of May, 2016.

/s/ Susan Russ Walker
Susan Russ Walker
Chief United States Magistrate Judge

2