IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:16mc3741-MHT |
| | ) | (WO) |
| LANDSCAPE WORKSHOP, | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| JONATHAN SLAUGHTER, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

As there are no objections to the recommendation, and upon an independent and de novo review of the record, it is the ORDER, JUDGMENT, AND DECREE of the court that the recommendation of the United States Magistrate (doc. no. 8) is adopted, the motion to dismiss (doc. no. 4) is granted, and the application for writ of garnishment (doc. no. 1) is dismissed, with no costs taxed.

**This case is closed.**

**DONE, this the 21st day of June, 2016.**

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**